

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-86,409-01

### In re THE STATE OF TEXAS ex rel. Jennifer A. Tharp, Relator

### ON THE MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF
### MANDAMUS IN CAUSE NO. CR2016-223
### IN THE 433RD JUDICIAL DISTRICT COURT
### COMAL COUNTY

*Per curiam.*

### O R D E R

We have before us the State's motion for leave to file a petition for a writ of

mandamus and a petition for a writ of mandamus. Defendant below and real party in

interest here, Mitchell Anthony Childers, stands charged by indictment in cause number

CR2016-223 with two counts of indecency with a child by contact. The victims in the

case were interviewed by a forensic interviewer at the Children's Advocacy Center in

New Braunfels, Texas, in June 2013. Although the defense has apparently had access to the recordings of the interviews, the defense moved the trial court to order a transcription of the recordings. The State objected that transcribing the recordings is prohibited under Texas Code of Criminal Procedure article 39.15. The trial court ordered the transcription over the State's objection.

The State filed a petition for a writ of mandamus in the Third Court of Appeals. After staying the proceedings below, the court of appeals denied relator relief and lifted the stay. *In re The State of Texas, ex rel. Jennifer A. Tharp*, No. 03-16-00827-CV (Tex. App.– Austin Feb. 10, 2017). On February 10, 2017, the State filed in this Court a motion for the emergency stay of proceedings below, a motion for leave to file a petition for a writ of mandamus, and a petition for a writ of mandamus. This Court granted the motion to stay the proceedings below. *In re The State of Texas ex rel. Jennifer A. Tharp*, No. WR-86,409-01 (Tex. Crim. App. Feb. 10, 2017).

The Court has now decided to file and set this case and order briefing. The parties shall brief the issues raised by the pleadings. The real party in interest is also invited to file a brief. All briefs shall be due in this Court within thirty (30) days of the date of this order.

IT IS SO ORDERED THIS THE 15th DAY OF FEBRUARY, 2017.

Do not publish